UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAP IMPORTS LLC, a limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>ANKER INNOVATIONS LIMITED and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-03598-SVW (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)** |
| ANKER INNOVATIONS LIMITED,<br><br>  Counterclaimant,<br><br>  v.<br><br>LEAP IMPORTS LLC,<br><br>  Counter-Defendants. | |

| | |
|---|---|
| 1 | ANKER INNOVATIONS LIMITED, |
| 2 | Third Party Plaintiff, |
| 3 | v. |
| 4 | DATA PRODUCTS (HK) LTD; FARHAD NAFEIY, and ROES 1-10, inclusive, |
| 5 | |
| 6 | Third-Party Defendants. |

Upon consideration of the Joint Stipulation of Dismissal filed by Plaintiff and Counter-Defendant, Leap Imports, LLC ("Leap"), Defendant, Counter-Claimant, and Third-Party Plaintiff, Anker Innovations Limited ("Anker"), and Defendants, Third-Party Defendants, and Counter-Claimants, Data Products (HK) Ltd., and Farhad Nafeiy ("Nafeiy/Data Products") (Leap, Anker, and Nafeiy/Data Products, each, a "Party"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The above-entitled litigation, including all claims, counter-claims, cross-claims, and third-party claims, shall be, and hereby is, dismissed in its entirety with prejudice.

2. Each Party will bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 29, 2020

_____
THE HON. STEPHEN V. WILSON
United States District Court Judge